UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARCUS KYLE REID** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-5027** |
| **FARMERS INSURANCE CO.** | **SECTION "G" (4)** |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Marcus Kyle Reid's 42 U.S.C. § 1983 complaint against the defendants, Farmers Insurance Company, Ryan Heppler, and the Regional Claims Office for Farmers Insurance Company, is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1).

New Orleans, Louisiana, this __25th__ day of January, 2016.

*Nannette Jolivette Brown*
**UNITED STATES DISTRICT JUDGE**